GOLD COAST FARMERS' ASSOCIATION, LTD., Appellant, *v.* BARCLAYS BANK (DOMINION, COLONIAL AND OVERSEAS), Respondent.

Argued April 12, 1948; decided May 20, 1948.

*Isidor Wasservogel, Alexander Slater* and *Murray L. Jacobs* for appellant.

*Clifton S. Thomson, Gerhard R. Gerhard* and *John D. Kernan, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.